**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| William Hebert, | : |
| Plaintiff, | : Civil Action No.: 3:13-cv-00440 |
| v. | : |
| Wal-Mart Stores, Inc., | : |
| Defendant. | : |

**AGREED MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff, William Hebert, and Defendant, Wal-Mart Stores, Inc., hereby respectfully request the Court's leave to file Plaintiff's First Amended Complaint, a copy of which is attached hereto as Exhibit A. In support, the parties state as follows:

1. On December 4, 2013, Plaintiff filed the Complaint in this action. (Dkt. No. 1).

2. On January 2, 2014, Defendant filed an Answer to Plaintiff's Complaint. (Dkt. No. 6).

3. Plaintiff has recently determined that GE Capital Retail Bank is the proper defendant in this action.

WHEREFORE, the parties respectfully requests that the Court allow Plaintiff to file his First Amended Complaint (Exhibit A), which names GE Capital Retail Bank as the correct defendant in this case.

Dated: February 11, 2014

By /s/ Jody B. Burton

Jody B. Burton, Esq.
Lemberg Law LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Email: jburton@lemberglaw.com

14785 Preston Road, Suite 550
Dallas, TX 75154
*Attorneys for Plaintiff, William Hebert*

By */s/ Neal A. Hoffman*

John A. Ramirez, Esq.
Texas Bar No. 00798450
SDBN. 21280
Neal A. Hoffman, Esq.
Texas Bar No. 24069936
SDBN. 1048603
Bush & Ramirez, PLLC
5615 Kirby Drive, Suite 900
Houston, TX 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
Email: jramirez@bushramirez.com
*Attorneys for Defendant, Wal-Mart Stores, Inc.*

**CERTIFICATE OF SERVICE**

  This is to certify that, on February 11, 2014, the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Texas using the CM/ECF system, which sent notice of such filing to the following:

John A. Ramirez, Esq.
Neal A. Hoffman, Esq.
Bush & Ramirez, LLC
5615 Kirby Drive, Suite 900
Houston, TX 77005

               */s/ Jody B. Burton*
               Jody B. Burton, Esq.