IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM HEBERT | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:13-cv-00440 |
| VS. | § | |
| | § | |
| WAL-MART STORES, INC. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41 (A)(1)(ii)**

The parties hereby request the court to sign the attached order acknowledging this stipulation of dismissal with prejudice against Wal-Mart Stores, Inc., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), on the grounds that Wal-Mart Stores, Inc. is not a proper defendant to this action.

For these reasons, the parties ask the Court to enter a dismissal with prejudice.

Respectfully submitted,

LEMBERG LAW, L.L.C.

/s/ Jody B. Burton
Jody B. Burton
CT Bar # 422773
1100 Summer St., 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

ATTORNEY FOR PLAINTIFF,
WILLIAM HEBERT

APPROVED & ENTRY REQUESTED:

LEMBERG LAW, L.L.C.


/s/ *Jody B. Burton*
Jody B. Burton
CT Bar # 422773
1100 Summer St., 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

ATTORNEY FOR PLAINTIFF
WILLIAM HEBERT



BUSH & RAMIREZ, P.L.L.C.


*/s/ Neal A. Hoffman*
John A. Ramirez
Attorney in Charge
Texas Bar No. 00798450
SDBN. 21280
Neal A. Hoffman
Texas Bar No. 24069936
SDBN. 1048603
5615 Kirby, Suite 900
Houston, Texas  77005
(713) 626-1555 phone
(713) 622-8054 fax
jramirez@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of February, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bush and Ramirez, P.L.L.C.
John A. Ramirez/Neal A. Hoffman
5615 Kirby Drive, Suite 900
Houston, Texas 77005

                                                                                   */s/ Jody B. Burton*
                                                                                    Jody B. Burton