UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| William Hebert,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>GE Capital Retail Bank,<br><br>　　　　　　　Defendant. | Civil Action No.:  3:13-cv-00440 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 16, 2014

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By  /s/ Jody B. Burton

　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　Bar No.: 71681
　　　　　　　　　　　　　　　　　　LEMBERG LAW L.L.C.
　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　E-mail: jburton@lemberglaw.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 16, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Jody B. Burton
                                                      Jody B. Burton