IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM HEBERT, § | | |
|    Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. G-13-0440 | |
| § | | |
| GE CAPITAL RETAIL BANK, § | | |
|    Defendant. § | | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. *See* Notice of Settlement [Doc. # 25]. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **July 16, 2014,** that the settlement could not be completely documented and approved.

**SIGNED** at Houston, Texas, this 19th day of **May, 2014**.

Nancy F. Atlas
United States District Judge